UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MILTON BROWN,

      Petitioner,               Case No. 2:12-CV-153

v.                                HON. ROBERT HOLMES BELL

JEFFREY WOODS,

      Respondent.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On December 22, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 27) recommending that Petitioner's petition for habeas corpus be denied because Petitioner's claims are untimely. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

**IT IS HEREBY ORDERED** that the Magistrate Judge's December 22, 2014, R&R (ECF No. 27) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**.


Dated: January 22, 2015                            /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE